

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable George H. Sheppard
Comptroller of Public Accounts
Austin, Texas

Dear Sir:

Opinion No. 0-5379
Re: In what fund should the fee
of $5.00, collected by the
Liquor Control Board for the
refund of taxes on beer ship-
ped out of Texas, be deposit-
ed?

Your letter of June 4, 1943, requesting the opin-
ion of this department on the above stated question, reads
as follows:

"Subsection (g) of Article 667-23, of the
Penal Code, provides that,

"'If any person has paid the tax on any beer
and affixed tax stamps to the containers thereof
and thereafter said beer is shipped out of Texas
for consumption, a claim for refund may be made
upon paying a fee of $5.00 to the Board at the
time and in the manner prescribed by the Board
or Administrator. . ..'

"The question has been presented to this de-
partment as to what fund in the State Treasury
the $5.00 fee should be allocated.

"Senate Bill No. 117, Acts of the Regular
Session of the Forty-eighth Legislature, amended
certain provisions of the Texas Liquor Law. Sec-
tion 23 was amended by adding Section 23 1/2, which
reads, as follows:

"'After allocation of funds to defray admin-
istrative expenses as provided in the current De-
partmental Appropriation Act, all funds derived

Honorable George H. Sheppard, page 2

from the sale of beer tax stamps shall be deposited in the State Treasury as follows:

"'(a)  One-fourth to the Available School Fund.

"'(b)  Three-fourths to the Clearance Fund as provided in Section 2, Article XX of H. B. No. 8, Chapter 184, Acts of the Regular Session of the 47th Legislature, for the purposes designated by such Act.'

"I will thank you to advise this department in which fund of the State the $5.00 fee above mentioned should be placed."

After carefully considering the foregoing statutes it is our opinion that the $5.00 fee mentioned is not tax revenue and therefore would not be allocated as tax revenues under the provisions of Senate Bill No. 117, Acts of the 48th Legislature, Regular Session, 1943.  As heretofore stated the $5.00 fee is not a tax but is more in the nature of a service charge for services performed by the Texas Liquor Control Board in administering Article 667-23, Vernon's Annotated Penal Code.

We have carefully searched the statutes and fail to find any statute allocating said $5.00 fee to any special fund or funds.  Therefore, in the absence of any statute specifically allocating said $5.00 fee to any special fund or funds, it is our opinion that said $5.00 fee should be deposited in the general fund of the State.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By                Ardell Williams

Ardell Williams
Assistant

AW:db

APPROVED JUL 1, 1943

Gerald C. Mann

ATTORNEY GENERAL OF TEXAS



APPROVED
OPINION
COMMITTEE
BY BWB
CHAIRMAN